JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. et al., | Case No. SACV15-1916 DOC (JCx) |
| Plaintiffs, | [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION [54] |
| v. | |
| ISELLER INC. et al., | |
| Defendants. | |

Having considered the parties' Stipulation for Entry of Final Judgment and Permanent Injunction, and good cause appearing, the Court approves the stipulation and **ORDERS** as follows:

1. Judgment is entered for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network") on Count I of the complaint alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(2); Count II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(e)(4); and Count III alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520.

2. Defendants iSeller Inc., Veutech Inc., Grand American Technology, Inc., VaporActive, Inc., Joy Lieman, Ricky Leman, Andreas Jafri, and Eric

1  Pranama (collectively, "Defendants"), shall pay damages in the amount of
2  $2,075,000 to DISH Network.

3      3.    Defendants, and any person acting in active concert or participation
4  with them that receives actual notice of this order, are hereby permanently enjoined
5  from:

6      A.    manufacturing, importing, offering to the public, providing, or
7  trafficking in any Dreamlink, iLink, Jynxbox, Limesat, Sonicview, Coolview, Kbox,
8  Viewsat, Pansat, Nfusion, Openbox, Captiveworks, Skybox, Dreambox, and
9  Linkbox receivers; dongles, including the iHub; 8PSK Turbo modules, including the
10 A-1, DL100, SK200, JB200, SK900, and LS400; and any other product that is used
11 in circumventing the DISH Network security system or intercepting DISH network
12 programming;

13     B.    receiving or assisting others to receive DISH Network's satellite
14 signal or any other electronic communications originating from DISH Network's
15 system without authorization.

16     4.    This permanent injunction takes effect immediately.
17     5.    Each party is to bear its own attorney's fees and costs.
18     6.    The Court retains jurisdiction over this action for a period of two years
19 for the purpose of enforcing this final judgment and permanent injunction.

20 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22 Dated: November 16, 2015

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge